# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAREK CHARVAT, Individually and on behalf of all others similarly situated,** ) ) ) ) | |
| ) | **8:12CV97** |
| **Plaintiff,** ) ) | |
| **V.** ) ) | **ORDER** |
| **FIRST NATIONAL BANK OF WAHOO,** ) ) ) | |
| **Defendant.** | |

This matter is before the Court on Defendant First National Bank of Wahoo's Motion to Stay and Continue (filing 28). Defendant requests that progression of this case be stayed pending the resolution of its petition for a writ of certiorari before the United States Supreme Court. The writ of certiorari was filed on December 2, 2013.

Having considered the matter,

**IT IS ORDERED** that Defendant's Motion to Stay and to Continue (filing 28) is granted. Progression of this case will be stayed, including Defendant's obligation to answer or otherwise respond to Plaintiff's complaint, pending the resolution of Defendant's petition for writ of certiorari. Defendant shall file a status report in this case every thirty days until further order of this Court.

**DATED December 3, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**