IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAREK CHARVAT, Individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF WAHOO,<br><br>Defendant. | CASE NO. 8:12CV97<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulated Motion to Dismiss (Filing No. 51). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved, and the above-captioned action dismissed with prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Stipulated Motion to Dismiss (Filing No. 51) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 12th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge